THE STERN HOLDING COMPANY, RESPONDENT, v. PHILIP O'CONNOR ET AL., APPELLANTS.

Submitted February 17, 1939—Decided April 21, 1939.

For the respondent, *Schumann & Schumann.*

For the appellants, *Nicholas S. Schloeder.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, CASE, BODINE, DONGES, HEHER, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ.   13.

*For reversal*—None.